# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| Plaintiff(s) | | **CR 07-1172(B)-DDP** |
| v. | | |
| **ISAAC GUILLEN** aka Coach | | **WARRANT FOR ARREST UNDER SEAL** |
| Defendant(s) | | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ISAAC GUILLEN, aka Coach**
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐Complaint ■Indictment
☐Information  ☐Order of Court  ☐Probation Violation Petition  ☐Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Racketeer Influenced and Corrupt Organizations Conspiracy;**
**Conspiracy to Commit Money Laundering;**
**Money Laundering;**
**Aiding and Abetting and Causing an Act to be Done**

ARRESTED WITHIN THE C/CA
BY: _FBI_
ON: _6/16/09_
SIGNED: _E. Neal_

in violation of Title 18 United States Code, Section(s)  **1962(d):1956(h):1956(a)(1)(A)(i), 2(a):**

| Terry Nafisi | May 28, 2009   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | |
| [signature] | BY: **CHARLES F. EICK** |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                     PAGE 1 OF 2